IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COHEN RESE GALLERY INC., | No.  CV 03-04768 SI , |
| Plaintiff, | |
| v. | **ORDER GRANTING APPLICATION** |
| AMERICAN EXPRESS COMPANY, | |
| Defendant. | |

Defendant's ex parte application to stay all proceedings pending resolution of transfer issues filed in the above captioned case is **GRANTED.**

**IT IS SO ORDERED**

Dated: 12/2/03

　　　　　　　　　　　　　　　　　　S/SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE