<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| COHEN RESE GALLERY INC., | No. CV 03-04768 SI , |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION** |
| AMERICAN EXPRESS COMPANY, | |
| Defendant. | |

The stipulation to transfer venue filed in the above captioned case is **GRANTED.**

The motion to transfer venue shall be terminated from the pending motion report.

**IT IS SO ORDERED**

Dated: 12/16/03          s/Susan Illston
                         SUSAN ILLSTON
                         UNITED STATES DISTRICT JUDGE